UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, et al., individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>CHESAPEAKE ENERGY CORPORATION, AUBREY K. MCCLENDON, MARCUS C. ROWLAND, MICHAEL A. JOHNSON, RICHARD K. DAVIDSON, FRANK A. KEATING, BREENE M. KERR, CHARLES T. MAXWELL, MERRILL A. MILLER JR., DONALD L. NICKLES, FREDERICK B. WHITTEMORE, UBS INVESTMENT BANK, ABN AMRO, BANC OF AMERICA SECURITIES LLC and WELLS FARGO SECURITIES,<br><br>       Defendants. | CASE NO: 5:09-cv-01114-D<br><br>CLASS ACTION |

**UNDERWRITER DEFENDANTS' JOINDER TO CHESAPEAKE ENERGY AND INDIVIDUAL DEFENDANTS' RESPONSE TO PLAINTIFF'S <u>MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY</u>**

For the reasons stated in the Response to Plaintiff's Motion for Leave to Submit Supplemental Authority filed by Defendants Chesapeake Energy and the Individual Defendants, Defendants UBS Securities LLC, ABN AMRO Incorporated, Banc of America Securities LLC, and Wells Fargo Securities LLC through their undersigned counsel hereby join in the Response to Plaintiff's Motion for Leave to Submit Supplemental Authority.

s/ Dan Goldman
Barry Sher (*Pro Hac Vice*)
Daniel Goldman (*Pro Hac Vice*)
Hissan Bajwa (*Pro Hac Vice*)
Reagan Roth (*Pro Hac Vice*)
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, New York 10022
Tel:  (212) 318-6000

-and-

Ryan S. Wilson, OBA #14340
Hartzog, Conger, Cason & Neville
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102
Tel: (405) 235-7000
Fax: (405) 996-3403

*Attorneys for Defendants UBS Securities LLC, ABN AMRO Incorporated, Banc of America Securities LLC and Wells Fargo Securities LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of June, 2010, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the CM/ECF registrants, denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                s/ Dan Goldman
                Daniel Goldman (*Pro Hac Vice*)
                Paul, Hastings, Janofsky & Walker, LLP
                75 East 55th Street
                New York, New York 10022
                Tel:  (212) 318-6000

                *Attorneys for Defendants UBS Securities LLC, ABN AMRO Incorporated, Banc of America Securities LLC and Wells Fargo Securities LLC*

## Mailing Information for a Case 5:09-cv-01114-D
**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Daniel Bruce Goldman dangoldman@paulhastings.com

David S Keenan dkeenan@orrick.com

Drew Neville , Jr dneville@hartzoglaw.com, gbrown@hartzoglaw.com

E Joseph Giometti jgiometti@orrick.com

Francis A DiGiacco fdigiacco@rgrdlaw.com

Hissan Ahsan Bajwa hissanbajwa@paulhastings.com

James I Jaconette jamesj@rgrdlaw.com, e_file_sd@rgrdlaw.com, karenc@rgrdlaw.com

James R Webb jim.webb@mcafeetaft.com, karen.hill@mcafeetaft.com

Lily I Becker    lbecker@orrick.com, gjohnson@orrick.com, rrivera@orrick.com

M Todd Scott    tscott@orrick.com, elee@orrick.com

Michael A Betts    betts@lytlesoule.com, mjones@lytlesoule.com

Michael C Felty    felty@lytlesoule.com, weis@lytlesoule.com

Reagan Therese Roth    reaganroth@paulhastings.com

Robert P Varian    rvarian@orrick.com, bclarke@orrick.com

Ryan S Wilson    RWilson@hartzoglaw.com, swatts@hartzoglaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

| | |
|---|---|
| Samuel H. Rudman<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 S Service Road, Suite 200<br>Melville, NY 11747 | Christopher J. Keller<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 |
| Mary Katherine Blasy<br>Scott & Scott LLP<br>600 B Street, Suite 1500<br>San Diego, CA 92101 | Mark Peter Kindall<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3290 |
| Randi Dawn Bandman<br>Robbins Geller Rudman & Dowd LLP<br>52 Duane Street, 7th Floor<br>New York, NY 10007 | Jack G. Fruchter<br>Abraham, Fruchter & Twersky, LLP<br>One Pennsylvania Plaza, Suite 2805<br>New York, NY 10119 |