# Exhibit 1

# INVOICE

## Veritext San Francisco Reporting Co.
## A Veritext Company

225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

Q347696

**Bill To:** Christin Hill Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF100868 |
| **Invoice Date:** | 10/26/2011 |
| **Balance Due:** | $ 881.00 |
| **Ambassador #** | 329,226 |

| | | | |
|---|---|---|---|
| **Case:** | In re: Chesapeake Energy Corp. | **Client** | 22312-2001 |
| **Job #:** | 85532  \|  Job Date: 10/06/2011  \|  Delivery:  Normal | **Billing/Matter #** | |
| **Billing Atty:** | **Christin Hill Esq** | **Orrick Bundle** | Gold |
| **Location:** | Orrick, Herrington 51 W. 52nd Street \| New York, NY 10019-6412 | | |
| **Sched Atty:** | Christin Hill Esq \| Orrick Herrington &amp;amp; Sutcliffe LLP | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Rina Rollhaus | Original & 1 Certified Transcript | Page | 116.00 | $6.50 | $754.00 |
| 2 | | Exhibits- hard copy, scanned (B/W) | per page | 198.00 | $0.50 | $99.00 |
| 3 | | Realtime | Per page | 1.00 | $0.00 | $0.00 |
| 4 | | Transcript - Rough ASCII | Page | 1.00 | $0.00 | $0.00 |
| 5 | | CD Depo | Per CD | 1.00 | $0.00 | $0.00 |
| 6 | | Shipping | Package | 1.00 | $28.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $881.00 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $881.00 |

Fed. Tax ID: 20-3132569 | Term: Net 30

TERMS Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:    Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF100868 |
| **Job #:** | 85532 |
| **Invoice Date:** | 10/26/2011 |
| **Balance :** | $881.00 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

## Veritext
### Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

**Bill To:** Kenneth P. Herzinger
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | CA119731 |
| **Invoice Date:** | 03/22/2012 |
| **Balance Due:** | $ 2.632.50 |
| **Agency #** | 348,298 |

| | |
|---|---|
| **Case:** | In re: Chesapeake Energy Corp. |
| **Job #:** | 138189  \|  Job Date: 03/12/2012  \|  Delivery:  Daily |
| **Billing Atty:** | **Kenneth P. Herzinger** |
| **Location:** | Abraham, Fruchter & Twersky |
| | 1 Penn Plaza \| Suite 2805 \| New York, NY 10119 |
| **Sched Atty:** | Kenneth P. Herzinger \| Orrick Herrington & Sutcliffe LLP |

**Client**  22312-2001

Q381483

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Rina Rollhaus | Original & 1 Certified Transcript | Page | 219.00 | $2,135.25 |
| 2 | | Exhibits- hard copy, scanned (B/W) | per page | 332.00 | $166.00 |
| 3 | | Attendance - Night | 1 | 3.75 | $281.25 |
| 4 | | Shipping & handling | Package | 1.00 | $50.00 |

Notes:

| | | |
|---|---|---|
| **Invoice Total:** | | $2,632.50 |
| **Payment:** | | |
| **Credit:** | | |
| **Interest:** | | $0.00 |
| **Balance Due:** | | $2,632.50 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS Payable upon receipt  Accounts 30 days past due will bear a finance charge of 1.5% per month  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CA119731 |
| **Job #:** | 138189 |
| **Invoice Date:** | 03/22/2012 |
| **Balance :** | $2,632.50 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

Q347693

| Bill To: | Christin Hill Esq<br>Orrick Herrington & Sutcliffe<br>405 Howard St<br>10th Floor<br>San Francisco, CA 94105 | | |
|---|---|---|---|

| | |
|---|---|
| Invoice #: | SF101747 |
| Invoice Date: | 10/26/2011 |
| Balance Due: | $ 2,230.25 |
| Ambassador # | 42,165 |

| | | | |
|---|---|---|---|
| **Case:** | In re: Chesapeake Energy Corp. | **Client** | 22312-2001 |
| **Job #:** | 86375  \|  Job Date: 10/13/2011  \|  Delivery:  Expedited | **Billing/Matter #** | |
| **Billing Atty:** | **Christin Hill Esq** | **Orrick** | **Gold** |
| **Location:** | United Food & Commercial Workers Union<br>9199 Market Place \| Suite 2 \| Broadview Heights, OH 44147-2870 | **Bundle** | |
| **Sched Atty:** | Christin Hill Esq \| Orrick Herrington &amp; Sutcliffe LLP | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Thomas Robertson | Original & 1 Certified Transcript | Page | 177.00 | $6.50 | $1,150.50 |
| 2 | | Fee for Expedited Service | | 177.00 | $2.25 | $398.25 |
| 3 | | Exhibits- hard copy, scanned (B/W) | per page | 1,307.00 | $0.50 | $653.50 |
| 4 | | Shipping | Package | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $2,230.25 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,230.25 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 60 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

---

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | **SF101747** |
| **Job #:** | **86375** |
| **Invoice Date:** | **10/26/2011** |
| **Balance :** | **$2,230.25** |

Please remit payment to:
**3090 Bristol Street, Suite 190**
**Costa Mesa, California 92626**

# INVOICE

## Veritext
### Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To: Robert Varian
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | CA118741 |
| Invoice Date: | 03/22/2012 |
| Balance Due: | $ 1,424.50 |
| Agency # | 48,526 |

| | |
|---|---|
| Case: | In re: Chesapeake Energy Corp. |
| Job #: | 138035  \|  Job Date: 03/09/2012  \|  Delivery:  Daily |
| Billing Atty: | Robert Varian |
| Location: | United Food & Commercial Workers Union |
| | 9199 Market Place \| Suite 2 \| Broadview Heights, OH 44147-2870 |
| Sched Atty: | Robert Varian |

Client   22312-2001

Q381482

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Thomas Robertson | Original & 1 Certified Transcript | Page | 118.00 | $767.00 |
| 2 | | Exhibits- hard copy, scanned (B/W) | per page | 192.00 | $96.00 |
| 3 | | Fee for Expedited Service | | 118.00 | $383.50 |
| 4 | | Attendance Fee-(appearance) | | 1.00 | $150.00 |
| 5 | | Delivery | Package | 1.00 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,424.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,424.50 |

Fed. Tax ID: 20-3132569                Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA118741 |
| Job #: | 138035 |
| Invoice Date: | 03/22/2012 |
| Balance : | $1,424.50 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

## Veritext
### Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles. CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

**Bill To:** Robert Varian
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | CA121605 |
| **Invoice Date:** | 03/29/2012 |
| **Balance Due:** | $ 177.00 |
| **Agency #** | 48,526 |

| | | |
|---|---|---|
| **Case:** | In re: Chesapeake Energy Corp. | |
| **Job #:** | 138035   |   Job Date: 03/09/2012   |   Delivery:   Daily | **Client** 22312-2001 |
| **Billing Atty:** | **Robert Varian** | **Billing Matter #** |
| **Location:** | United Food & Commercial Workers Union | **Orrick** Gold |
| | 9199 Market Place | Suite 2 | Broadview Heights, OH 44147-2870 | **Bundle** |
| **Sched Atty:** | Robert Varian | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Thomas Robertson | Realtime | Per page | 118.00 | $177.00 |
| | **Notes:** | | **Invoice Total:** | | $177.00 |
| | | | **Payment:** | | |
| | | | **Credit:** | | |
| | | | **Interest:** | | $0.00 |
| | Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | | $177.00 |

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.



Q383551

**Please tear off stub and return with payment.**

---

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____
**Credit Card #**                     Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CA121605 |
| **Job #:** | 138035 |
| **Invoice Date:** | 03/29/2012 |
| **Balance :** | $177.00 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# CITY REPORTERS, INC.

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

229017

Q397113

Date: 6/18/2012

**TO:**

KENNETH HERZINGER
Attorney at Law
405 Howard Street
San Francisco, CA 94105

In Re: UNITED FOOD & COMMERCIAL WORKERS UNION –v– CHESAPEAKE
Case No.: CIV-09-01114-D

For one copy of the deposition taken on May 31, 2012,
In Oklahoma City, Oklahoma:

KAJSA GREENHOWARD.................................................. $ 1,032.10

Thank you,
Lori Johnston, CSR

TAX I.D. # 73-1412161

**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC,OK. 73147
PHONE (405)235-4422
TAX ID: 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

**Invoice**

INVOICE NO. 7626

INVOICE DATE 6/6/12

CUSTOMER ORDER NUMBER

**SOLD TO:**
KENNETH P. HERZINGER
ATTORNEY AT LAW
405 HOWARD ST.
SAN FRANCISCO,CA 94105-2669

**SHIP TO:**

Q399805

| SALESPERSON | SHIPPED VIA | TERMS |
|---|---|---|
| DENNIS | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | UFCWU Vs CHESAPEAKE ENERGY | | |
| 5/31/12 | | VIDEO COPIES OF KAJSA GREENHOWARD,BURNED | | |
| | | TO MPEG-1 FORMAT ON DVD 7HRS | | 420 00 |
| | | POSTAGE & HANDLING | | 15 00 |
| | | | | |
| | | THANK YOU | | $435 00 |
| | | TOTAL AMOUNT | | XXXXXXX |

A-NC2872-NC3872/T-3813

01-11

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Q397094

Bill To: Kenneth P. Herzinger
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SF133497 |
| Invoice Date: | 06/13/2012 |
| Balance Due: | $ 1,988.60 |

| | | | |
|---|---|---|---|
| Case: | United Food and Commercial Workers Union v. Chesapeake Energy | Client | 22312-2001 |
| Job #: | 147402 | Job Date: 06/07/2012 | Delivery: Expedited | Billing Matter # | |
| Billing Atty: | Kenneth P. Herzinger | Orrick | Gold |
| Location: | Robbins Geller Rudman & Dowd One Montgomery Street ¦ Suite 1800 ¦ San Francisco, CA 94104 | Bundle | |
| Sched Atty: | Lily Becker Esq ¦ Orrick Herrington & Sutcliffe LLP | | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Richard O. Puntillo | Original & 1 Certified Transcript | Page | 138.00 | $1,614.60 |
| 2 | | Realtime | Per page | 138.00 | $207.00 |
| 3 | | Exhibits- hard copy, scanned (B/W) | per page | 116.00 | $58.00 |
| 4 | | CD Depo | Per CD | 1.00 | $39.00 |
| 5 | | Production & Handling | | 1.00 | $45.00 |
| 6 | | Delivery | Package | 1.00 | $25.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,988.60 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,988.60 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:   Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SF133497 |
| Job #: | 147402 |
| Invoice Date: | 06/13/2012 |
| Balance : | $1,988.60 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Q397097

**Bill To:** Kenneth P. Herzinger, Esq.
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF134382 |
| **Invoice Date:** | 06/19/2012 |
| **Balance Due:** | $ 714.75 |

| | | | |
|---|---|---|---|
| **Case:** | United Food and Commercial Workers Union v. Chesapeake Energy | **Client** | 22312-2001 |
| **Job #:** | 147402  |  Job Date: 06/07/2012  |  Delivery:  Normal | **Billing** | |
| **Billing Atty:** | Kenneth P. Herzinger, Esq. | **Matter #** | |
| **Location:** | Robbins Geller Rudman & Dowd | **Orrick** | Gold |
| | One Montgomery Street | Suite 1800 | San Francisco, CA 94104 | **Bundle** | |
| **Sched Atty:** | Lily Becker Esq | Orrick Herrington & Sutcliffe LLP | | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Richard D. Puntillo | Video Services | Hour | 4.25 | $658.75 |
| 2 | | Delivery | Package | 1.00 | $28.00 |
| 3 | | Expenses - parking fees | | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $714.75 |
| | **Payment:** | |
| | **Credit:** | |
| | **Interest:** | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | $714.75 |

TERMS Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please tear off stub and return with payment.**

**Make check payable to:**   Veritext

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐  Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF134382 |
| **Job #:** | 147402 |
| **Invoice Date:** | 06/19/2012 |
| **Balance :** | $714.75 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

Q393872

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

**Bill To:** Christin Hill Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

**Invoice #:** SD134554
**Invoice Date:** 06/20/2012
**Balance Due:** $ 2,037.09

| | |
|---|---|
| **Case:** | n re: Chesapeake Energy Corp. |
| **Job #:** | 147550  |  Job Date: 06/13/2012  |  Delivery:  Expedited |
| **Location:** | Bracewell & Giuliani LLP  1445 Ross Avenue | Suite 3800 | Dallas, TX 75202-2711 |

**Client Billing Matter #**

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Richard K. Davidson | Certified Transcript | Page | 211.00 | $1,253.34 |
| 2 | | Realtime | Per page | 211.00 | $369.25 |
| 3 | | Exhibits- hard copy, scanned (B/W) | per page | 595.00 | $297.50 |
| 4 | | CD Depo | Per CD | 1.00 | $39.00 |
| 5 | | Production & Handling | | 1.00 | $50.00 |
| 6 | | Delivery | Package | 1.00 | $28.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $2,037.09 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,037.09 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:    Veritext

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SD134554
**Job #:** 147550
**Invoice Date:** 06/20/2012
**Balance :** $2,037.09

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854


Q409051

Bill To:  Rina F Quiban
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SD1529119 |
| Invoice Date: | 08/30/2012 |
| Balance Due: | $827.20 |
| Agency # : | 361434 |

| | |
|---|---|
| Case: | In Re:  Chesapeake Energy Corp. |
| Job #: | 924325  |  Job Date: 6/27/2012  |  Delivery: Normal |
| Location: | Loeb & Loeb LLP |
| | 345 Park Avenue | 21st Floor | New York, NY 10154 |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Scott Van Bergh | Certified Transcript | Page | 177.0 | $584.10 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Exhibits | Per Page | 194.0 | $126.10 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $827.20 |
| Payment: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $827.20 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex   ☐  Discover ☐  Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SD1529119 |
| Job #: | 924325 |
| Invoice Date: | 08/30/2012 |
| Balance : | $827.20 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, CA 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# CITY REPORTERS, INC.

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

229153

Q400762

Date: _____ 7/18/2012

**TO:**

KENNETH HERZINGER
Attorney at Law
405 Howard Street
San Francisco, CA 94105

In Re: U.F.C.W.U. -v- CHESAPEAKE
Case No.: CIV-09-011114-D

For one copy of the deposition taken on June 28, 2012,
In Oklahoma City, Oklahoma:

JEFF MOBLEY ...................................................... $ 1,082.90

Thank you,
Lori Johnston, CSR

TAX I.D. # 73-1412161

**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC,OK. 73147
PHONE (405)235-4422

**Invoice**

INVOICE NO. 7674

INVOICE DATE 7/24/12

CUSTOMER ORDER NUMBER

| SOLD TO: | SHIP TO: |
|---|---|

KENNETH P. HERZINGER
ATTORNEY AT LAW
405 HOWARD ST.
SAN FRANCISCO,CA 94105-2669

Q403901

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| ROBERT | | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | UFCWU Vs CHESAPEAKE ENERGY 509-cv-01114 | | |
| 6/27/12 | | VIDEO COPIES OF JEFF MOBLEY 7.25 HRS | | |
| | | BURNED TO MPEG-1 FORMAT ON DVD | | 420 00 |
| | | POSTAGE & HANDLING | | 15 00 |
| | | | | |
| | | THANK YOU | | |
| | | TOTAL AMOUNT | | $435 00 |

A-NC2872-NC3872/T-3813

01-11

# INVOICE

**Veritext**
## Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Q403910

| | |
|---|---|
| **Bill To:** Lily Becker Esq<br>Orrick Herrington & Sutcliffe<br>405 Howard St<br>10th Floor<br>San Francisco, CA 94105 | **Invoice #:** SF139066<br>**Invoice Date:** 07/24/2012<br>**Balance Due:** $ 2,002.10 |

| | |
|---|---|
| **Case:** United Food and Commercial Workers Union v. Chesapeake Energy<br>**Job #:** 149793  \| Job Date: 07/02/2012  \| Delivery: Normal<br>**Billing Atty:** Lily Becker Esq<br>**Location:** Robbins Geller Rudman & Dowd<br>655 West Broadway, Suite 1900 \| San Diego, CA 92101<br>**Sched Atty:** Lily Becker Esq \| Orrick Herrington & Sutcliffe LLP | **Client Billing Matter #** 22312-2001 |

| Item | Witness | Description | Units | Qty | Amount |
|------|---------|-------------|-------|-----|--------|
| 1 | David Payne | Original & 1 Certified Transcript | Page | 278.00 | $1,376.10 |
| 2 | | Realtime | Per page | 278.00 | $417.00 |
| 3 | | Exhibits- hard copy, scanned (B/W) | per page | 200.00 | $100.00 |
| 4 | | CD Depo | Per CD | 1.00 | $39.00 |
| 5 | | Production & Handling | | 1.00 | $45.00 |
| 6 | | Delivery | Package | 1.00 | $25.00 |

**Notes:**

| | | |
|---|---|---|
| | **Invoice Total:** | $2,002.10 |
| | **Payment:** | |
| | **Credit:** | |
| | **Interest:** | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | $2,002.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:   Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SF139066
**Job #:** 149793
**Invoice Date:** 07/24/2012
**Balance :** $2,002.10

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

Q361117

**Bill To:** Kenneth P. Herzinger, Esq.
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF141385 |
| **Invoice Date:** | 08/08/2012 |
| **Balance Due:** | $ 1,539.25 |

| | | |
|---|---|---|
| **Case:** | United Food and Commercial Workers Union v. Chesapeake Energy | **Client** 22312-2001 |
| **Job #:** | 149793 | Job Date: 07/02/2012 | Delivery: Normal | **Billing Matter #** |
| **Billing Atty:** | Kenneth P. Herzinger, Esq. | **Orrick** Gold |
| **Location:** | Robbins Geller Rudman & Dowd | **Bundle** |
| | 655 West Broadway, Suite 1900 | San Diego, CA 92101 | |
| **Sched Atty:** | Lily Becker Esq | Orrick Herrington & Sutcliffe LLP | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | David Payne | Video Services | Hour | 9.75 | $1,511.25 |
| 2 | | Delivery | Package | 1.00 | $28.00 |
| | **Notes:** | | **Invoice Total:** | | $1,539.25 |
| | | | **Payment:** | | |
| | | | **Credit:** | | |
| | | | **Interest:** | | $0.00 |
| | Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | | $1,539.25 |

TERMS Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

-----

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF141385 |
| **Job #:** | 149793 |
| **Invoice Date:** | 08/08/2012 |
| **Balance :** | $1,539.25 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# CITY REPORTERS, INC.

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

229160

Q400765

Date: _____ 7/18/2012

**TO:**

KENNETH HERZINGER
Attorney at Law
405 Howard Street
San Francisco, CA 94105

In Re: U.F.C.W.U. –v– CHESAPEAKE
Case No.: CIV-09-01114-D

For one copy of the deposition taken on July 11, 2012,
In Oklahoma City, Oklahoma:

ELLIOTT CHAMBERS............................................................ $ 956.30

Thank you,
Kim Glover, CSR

TAX I.D. # 73-1412161

**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC,OK. 73147
PHONE (405)235-4422

**Invoice**

INVOICE NO. 7679

INVOICE DATE 8/10/12

CUSTOMER ORDER NUMBER

SOLD TO:

KENNETH P. HERZINGER
ATTORNEY AT LAW
405 HOWARD ST.
SAN FRANCISCO,CA 94105-2669

SHIP TO:

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| ROBERT | | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | UFCWU Vs CHESAPEAKE ENERGY | | |
| 7/11/12 | | VIDEO COPIES OF ELLIOTT CHAMBERS,BURNED | | |
| | | TO MPEG-1 FORMAT ON DVD | | 330 00 |
| | | POSTAGE & HANDLING | | 15 00 |
| | | | | |
| | | THANK YOU | | |
| | | TOTAL AMOUNT | | $345 00 |

Q361171

A-NC2872-NC3872/T-3813

01-11

# Veritext
## Western Regional Headquarters



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:**

Orrick Herrington & Sutcliffe LLP
405  Howard St.
San Francisco, CA, 94105-2675

| | |
|---|---|
| **Invoice #:** | SD139121 |
| **Invoice Date:** | 7/25/2012 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | In Re:  Chesapeake Energy Corp. v. |
| **Job #:** | 923960 \| Job Date: 7/14/2012 \| Delivery: Expedited |
| **Billing Atty:** | |
| **Location:** | Shilo Inns Suites Hotel |
| | 3701 S. WS Young Drive \| Fort Worth Boardroom \| Killeen, TX 76542 |
| **Sched Atty:** | James I. Jaconette, Esq \| Robbins Geller Rudman & Dowd LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 269.00 | $1,597.86 |
| | Exhibit  scanned - OCR | Per page | 1,735.00 | $433.75 |
| | Transcript - Rough ASCII | Page | 269.00 | $403.50 |
| Roxanna Morrow | Realtime | Per page | 269.00 | $470.75 |
| | CD Depo | Per CD | 1.00 | $39.00 |
| | Production & Handling | | 1.00 | $50.00 |
| | Delivery | Package | 1.00 | $28.00 |
| | Exhibit - CD/DVD | | 1.00 | $25.00 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $3,047.86 |
| | **Payment:** | ($3,047.86) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

## To pay online, go to
## www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **SD139121** |
| **Job #:** | **923960** |
| **Invoice Date:** | **7/25/2012** |
| **Balance:** | **$0.00** |

# INVOICE

## Veritext
## Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Q361168

| Bill To: | Kenneth P. Herzinger, Esq. | | |
|---|---|---|---|
| | Orrick Herrington & Sutcliffe | **Invoice #:** | SD141811 |
| | 405 Howard St | **Invoice Date:** | 08/10/2012 |
| | 10th Floor | **Balance Due:** | $ 1,596.00 |
| | San Francisco, CA 94105 | | |

| Case: | In Re: Chesapeake Energy Corp. | Client |
|---|---|---|
| Job #: | 152022  | Job Date: 07/25/2012 | Delivery: Normal | Billing |
| | | Matter # |
| Location: | Frederick B. Whittemore Residence/ Haversham Development | |
| | 366 Post Road | Westerly, RI 02891 | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Frederick B. Whittemore | Certified Transcript | Page | 197.00 | $650.10 |
| 2 | | Transcript - Rough ASCII | Page | 197.00 | $295.50 |
| 3 | | Realtime | Per page | 197.00 | $295.50 |
| 4 | | Exhibits- hard copy, scanned (B/W) | per page | 366.00 | $237.90 |
| 5 | | CD Depo | Per CD | 1.00 | $39.00 |
| 6 | | Production & Handling | | 1.00 | $50.00 |
| 7 | | Delivery | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| | **Invoice Total:** | $1,596.00 |
| | **Payment:** | |
| | **Credit:** | |
| | **Interest:** | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | $1,596.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days

---

### Please tear off stub and return with payment.

Make check payable to:    Veritext

☐ Visa ☐ MC ☐ Amex   ☐ Discover ☐  Lock Box

Credit Card # _____    Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SD141811 |
| **Job #:** | 152022 |
| **Invoice Date:** | 08/10/2012 |
| **Balance :** | $1,596.00 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

## Veritext
## Western Regional Headquarters
550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854



Q413920

Bill To:

Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | CA1575953 |
| Invoice Date: | 09/30/2012 |
| Balance Due: | $1,791.00 |

| | |
|---|---|
| **Case:** | United Food and Commercial Workers Union v. Chesapeake Energy |
| **Job #:** | 841051  |  Job Date: 8/9/2012  |  Delivery: Expedited |
| **Billing Atty:** | Kenneth P. Herzinger, Esq |
| **Location:** | Hotel Vetro |
| | 201 South Linn Street | Iowa City, IA 52240 |
| **Sched Atty:** | Kenneth P. Herzinger, Esq | Orrick Herrington & Sutcliffe LLP |
| **Depo Atty:** | Kenneth P. Herzinger, Esq |

Orrick Bundle     0

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Dr. Erik Lie | Original with 1 Certified Transcript | Page | 175.0 | $1,540.00 |
| | Attendance Fee | Full Day | 1.0 | $150.00 |
| | Exhibits | Per Page | 102.0 | $51.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |

| Notes: | | | | |
|---|---|---|---|---|
| | | | Invoice Total: | $1,791.00 |
| | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | Balance Due: | $1,791.00 |

TERMS.  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  **Veritext**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA1575953 |
| Job #: | 841051 |
| Invoice Date: | 09/30/2012 |
| Balance : | $1,791.00 |

Please remit payment to:
**P.O. Box 71303**
**Chicago, IL 60694-1303**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855 Fax. 949-955-3854


Q409042

Bill To: Kenneth P. Herzinger, Esq.
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | CA1534207 |
| Invoice Date: | 09/11/2012 |
| Balance Due: | $803.00 |

| | |
|---|---|
| Case: | United Food And Commercial Workers Union v. Chesapeake Energy |
| Job #: | 841051  |  Job Date: 8/9/2012  |  Delivery: Normal |
| Billing Atty: | Kenneth P. Herzinger, Esq. |
| Location: | Hotel Vetro |
| | 201 South Linn Street | Iowa City, IA 52240 |
| Sched Atty: | Kenneth P. Herzinger, Esq. | Orrick Herrington & Sutcliffe LLP |
| Depo Atty: | Kenneth P. Herzinger, Esq. |

Client
Billing
Matter #
Orrick          0
Bundle

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Dr. Erik Lie | Video - Services | | 5.0 | $775.00 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |

| Notes: | | | Invoice Total: | $803.00 |
|---|---|---|---|---|
| | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | | Term: Net 30 | Balance Due: | $803.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex   ☐ Discover ☐  Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA1534207 |
| Job #: | 841051 |
| Invoice Date: | 09/11/2012 |
| Balance : | $803.00 |

**Please remit payment to:**
**20 Corporate Park, Suite 350**
**Irvine, CA 92606**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

229340

**CITY REPORTERS, INC.**

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

Q406962

Date: August 21, 2012

**TO:**
MS. CHRISTIN JOY HILL
Orrick Herrington & Sutcliffe
405 Howard Street
San Francisc0, CA 92101

RE: UNITED FOOD v. CHESAPEAKE, et al.
CIV-09-0114-D

One copy plus rough draft of the deposition of BRENT WILLIAMS, taken on August 10, 2012, in Oklahoma City, Oklahoma
(Includes scanning and/or copying of exhibits and rental of laptop computer for deposition)

$764.95

Thank You,
Lori Johnston, CSR, RPR

TAX I.D. # 73-1412161

**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC,OK. 73147
PHONE (405)235-4422

# Invoice

| INVOICE NO. | 7716 |
|---|---|
| INVOICE DATE | 8/31/12 |
| CUSTOMER ORDER NUMBER | Q408704 |

**SOLD TO:**

CHRISTIN HILL
ATTORNEY AT LAW
405 HOWARD ST.
SAN FRANCISCO, CA 94105

**SHIP TO:**

| SALESPERSON | SHIPPED VIA | | | TERMS |
|---|---|---|---|---|
| ROBERT | | | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| 8/10/12 | | UFCWU Vs CHESAPEAKE ENERGY 5:09-cv-0114 | | |
| | | VIDEO COPIES OF BRENT WILLIAMS BURNED TO M | | 240 00 |
| | | MPEG-1 FORMAT ON DVD | | |
| | | POSTAGE & HANDLING | | 15 00 |
| | | | | |
| | | | | |
| | | THANK YOU | | |
| | | TOTAL AMOUNT | | $255 00 |

01-11

A-NC2872-NC3872/T-3813

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854


Q408849

Bill To: Robert P. Varian, Esq.
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SF1525527 |
| Invoice Date: | 08/25/2012 |
| Balance Due: | $1,727.00 |

| | | | |
|---|---|---|---|
| **Case:** | United Food and Commercial Workers Union v. Chesapeake Energy | **Client** | 22312-2001 |
| **Job #:** | 836079  |  Job Date: 8/14/2012  |  Delivery: Normal | **Billing** | |
| **Billing Atty:** Robert P. Varian, Esq. | | **Matter #** | |
| **Location:** | Robbins Geller Rudman & Dowd | **Orrick** | Gold |
| | 655 West Broadway, Suite 1900 | San Diego, CA 92101 | **Bundle** | |
| **Sched Atty:** Lily Becker Esq | Orrick Herrington & Sutcliffe LLP | | |
| **Depo Atty:** Lily Becker Esq | | | |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Bjorn Steinholt | Video - Services | | 10.5 | $1,627.50 |
| | Surcharge - Extended Hours | | 0.5 | $47.50 |
| | Shipping & Handling | Package | 1.0 | $28.00 |
| | Parking Expense | Per hour | 1.0 | $24.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,727.00 |
| **Payment:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,727.00 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

_____
Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | **SF1525527** |
| **Job #:** | **836079** |
| **Invoice Date:** | **08/25/2012** |
| **Balance :** | **$1,727.00** |

Please remit payment to:
**20 Corporate Park, Suite 350**
**Irvine, CA 92606**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# Veritext
# Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | | **Invoice #:** | SF1524105 |
| | Orrick Herrington & Sutcliffe LLP | **Invoice Date:** | 8/25/2012 |
| | 405  Howard St. | **Balance Due:** | $0.00 |
| | San Francisco, CA, 94105-2675 | | |

| | | | |
|---|---|---|---|
| **Case:** | United Food and Commercial Workers Union v. Chesapeake Energy Corporation | **Client Billing Matter #:** | 22312-2001 |
| **Job #:** | 836079 \| Job Date: 8/14/2012 \| Delivery: Expedited | **Orrick Bundle:** | Gold |
| **Billing Atty:** | | | |
| **Location:** | Robbins Geller Rudman & Dowd | | |
| | 655 West Broadway, Suite 1900 \| San Diego, CA 92101 | | |
| **Sched Atty:** | Lily Becker, Esq \| Orrick Herrington & Sutcliffe LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Bjorn Steinholt | Original with 1 Certified Transcript | Page | 383.00 | $3,412.53 |
| | Exhibits | Per Page | 629.00 | $314.50 |
| | Exhibits - Color | Per Page | 2.00 | $3.00 |
| | Realtime Services | Page | 383.00 | $574.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $45.00 |
| | Video - Services | | 0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $25.00 |

| | |
|---|---|
| **Notes:** | |
| **Invoice Total:** | $4,413.53 |
| **Payment:** | ($4,413.53) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

**TERMS:**  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

### To pay online, go to
### www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **SF1524105** |
| **Job #:** | **836079** |
| **Invoice Date:** | **8/25/2012** |
| **Balance:** | **$0.00** |

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** | | **Invoice #:** SD1530963 |
| | Orrick Herrington & Sutcliffe LLP | **Invoice Date:** 9/4/2012 |
| | 405 Howard St. | **Balance Due:** $0.00 |
| | San Francisco, CA, 94105-2675 | |

| | |
|---|---|
| **Case:** | In Re: Chesapeake Energy Corp. v. |
| **Job #:** | 875396 | Job Date: 8/16/2012 | Delivery: Expedited |
| **Billing Atty:** | |
| **Location:** | Orrick Herrington |
| | Columbia Center | 1152 15th Street, NW | Washington, DC 20005-1706 |
| **Sched Atty:** | James A. Caputo, Esq | Robbins Geller Rudman & Dowd LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 284.00 | $1,686.96 |
| | Exhibits | Per Page | 325.00 | $211.25 |
| | Rough Draft | Page | 284.00 | $468.60 |
| Frank A. Keating | Realtime Services | Page | 284.00 | $553.80 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $3,037.61 |
| | **Payment:** | ($3,037.61) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

## To pay online, go to
## www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SD1530963 |
| **Job #:** | 875396 |
| **Invoice Date:** | 9/4/2012 |
| **Balance:** | $0.00 |

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855 Fax. 949-955-3854


Q409048

**Bill To:** Lily Becker Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SD1530578 |
| **Invoice Date:** | 08/31/2012 |
| **Balance Due:** | $1,419.25 |

**Case:** In Re: Chesapeake Energy Corp.
**Job #:** 874851 | Job Date: 8/22/2012 | Delivery: Normal

**Location:** Locke Lord LLP
600 Travis Street | Ste. 2800 | Houston, TX 77002

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| George Joseph "Chip" Van Os, Jr | Certified Transcript | Page | 219.0 | $722.70 |
| | Realtime Services | Page | 219.0 | $383.25 |
| | Exhibits | Per Page | 282.0 | $183.30 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |
| | CD Depo Litigation Package (SBF, PTZ, LEF) | 1 | 1.0 | $52.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,419.25 |
| **Payment:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,419.25 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____ _____
Credit Card #                     Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SD1530578 |
| **Job #:** | 874851 |
| **Invoice Date:** | 08/31/2012 |
| **Balance :** | $1,419.25 |

**Please remit payment to:**
**20 Corporate Park, Suite 350**
**Irvine, CA 92606**

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# CITY REPORTERS, INC.

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

**229445**

(405) 235-3376
FAX
(405) 235-3392


Q424883

**TO:**

CHRISTIN JOY HILL
Attorney at Law
405 Howard Street
San Francisco, CA 94105

**NOV 2 7 2012**

Date: _____9/12/2012_____

---

## REMINDER

In Re: U.F.C.W.U. –v– CHESAPEAKE
Case No.: CIV-09-01114-D

For one copy and rough draft of the deposition taken on August 28, 2012,
In Oklahoma City, Oklahoma:

**JENNIFER GRIGSBY**.................................................…..……….. **$ 1,000.35**

Thank you,
Lori Johnston, CSR

TAX I.D. # 73-1412161

**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC,OK. 73147
PHONE (405)235-4422

**Invoice**

INVOICE NO. 7739

INVOICE DATE 9/17/12

CUSTOMER ORDER NUMBER Q409827

SOLD TO:

ROBERT VARIAN
ATTORNEY AT LAW
405 HOWARD ST.
SAN FRANISCO, CA 94105-2669

SHIP TO:

| SALESPERSON | SHIPPED VIA | | | | | TERMS | | |
|---|---|---|---|---|---|---|---|---|
| ROBERT | | | | | | | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | UFCWU Vs CHESAPEAKE ERENGY | | |
| 8/28/12 | | VIDEO COPIES OF JENNIFER GRIGSBY, BURNED | | 390 00 |
| | | TO MPEG-1 FORMAT ON DVD | | 15 00 |
| | | POSTAGE & HANDLING | | |
| | | | | |
| | | THANK YOU | | |
| | | TOTAL AMOUNT | | $405 00 |

01-11

A-NC2872-NC3872/T-3813

# INVOICE

## Veritext
## Western Regional Headquarters

550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854



Q412979

**Bill To:** Lily Becker Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SD1535619 |
| **Invoice Date:** | 09/13/2012 |
| **Balance Due:** | $900.10 |

| | |
|---|---|
| **Case:** | In Re: Chesapeake Energy Corp. |
| **Job #:** | 923963  \|  Job Date: 8/30/2012  \|  Delivery: Normal |
| **Billing Atty:** | Lily Becker Esq |
| **Location:** | Lock Lord LLP |
| | 600 Travis Street \| Houston, TX 77002 |
| **Depo Atty:** | Jay Alvarez, Esq. |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Lane Genatowski | Certified Transcript | Page | 158.0 | $521.40 |
| | Rough Draft | Page | 158.0 | $237.00 |
| | Exhibits | Per Page | 38.0 | $24.70 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

**Notes:**

| | | |
|---|---|---|
| **Invoice Total:** | | $900.10 |
| **Payment:** | | |
| **Credit:** | | |
| **Interest:** | | $0.00 |
| **Balance Due:** | | $900.10 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex   ☐ Discover ☐  Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SD1535619 |
| **Job #:** | 923963 |
| **Invoice Date:** | 09/13/2012 |
| **Balance :** | $900.10 |

**Please remit payment to:**
**20 Corporate Park, Suite 350**
**Irvine, CA 92606**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

## Veritext
## Western Regional Headquarters

550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854



Q413935

**Bill To:**

Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SD1540454 |
| Invoice Date: | 09/27/2012 |
| Balance Due: | $2,945.15 |
| Agency # : | 1523252 |

**Case:** In Re: Chesapeake Energy Corp.
**Job #:** 1523250 | Job Date: 9/13/2012 | Delivery: Normal

**Location:** Orrick Herrington
51 West 52nd Street | New York, NY 10019

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Charles Maxwell | Certified Transcript | Page | 320.0 | $1,056.00 |
| | Exhibits | Per Page | 511.0 | $332.15 |
| | Realtime Services | Page | 320.0 | $720.00 |
| | Rough Draft | Page | 320.0 | $720.00 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $2,945.15 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $2,945.15 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS.  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors  No adjustments will be made after 90 days

---

**Please tear off stub and return with payment.**

**Make check payable to:  Veritext**

☐ Visa ☐  MC ☐ Amex   ☐  Discover ☐   Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SD1540454 |
| Job #: | 1523250 |
| Invoice Date: | 09/27/2012 |
| Balance : | $2,945.15 |

**Please remit payment to:**
**20 Corporate Park, Suite 350**
**Irvine, CA 92606**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

## Veritext
## Western Regional Headquarters
550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854



Q412976

**Bill To:** Kenneth P. Herzinger, Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SD1571999 |
| Invoice Date: | 09/26/2012 |
| Balance Due: | $421.75 |
| Agency # : | 1523252 |

**Case:** In Re: Chesapeake Energy Corp.
**Job #:** 1523250 | Job Date: 9/13/2012 | Delivery: Normal

**Location:** Orrick Herrington
51 West 52nd Street | New York, NY 10019

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Charles Maxwell | Video - Transcript Synchronization | Per hour | 5.3 | $393.75 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |
| Notes: | | | Invoice Total: | $421.75 |
| | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | Balance Due: | $421.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SD1571999 |
| Job #: | 1523250 |
| Invoice Date: | 09/26/2012 |
| Balance : | $421.75 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, CA 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854


Q412970

**Bill To:**

Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SD1540469 |
| Invoice Date: | 09/25/2012 |
| Balance Due: | $2,278.58 |

**Case:** In Re: Chesapeake Energy Corp.
**Job #:** 923961  |  Job Date: 9/14/2012  |  Delivery: Expedited

**Location:** National Oilwell Varco
7909 Parkwood Circle | Houston, TX 77036

| Witness | Description | Units | Qty | Amount |
|---------|-------------|-------|-----|--------|
| Merill Pete Miller | Certified Transcript | Page | 242.0 | $1,437.48 |
| | Exhibits | Per Page | 551.0 | $358.15 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Rough Draft | Page | 242.0 | $363.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $30.95 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $2,278.58 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $2,278.58 |

Fed. Tax ID: 20-3132569        Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days

**Please tear off stub and return with payment.**

Make check payable to:  **Veritext**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SD1540469 |
| Job #: | 923961 |
| Invoice Date: | 09/25/2012 |
| Balance : | $2,278.58 |

**Please remit payment to:**
**20 Corporate Park, Suite 350**
**Irvine, CA 92606**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

## Veritext
## Western Regional Headquarters
550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855 Fax. 949-955-3854


Q412973

**Bill To:** Robert P. Varian, Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SD1571949 |
| **Invoice Date:** | 09/26/2012 |
| **Balance Due:** | $365.50 |

| | |
|---|---|
| **Case:** | In Re: Chesapeake Energy Corp. |
| **Job #:** | 923961 | Job Date: 9/14/2012 | Delivery: Normal |
| **Location:** | National Oilwell Varco |
| | 7909 Parkwood Circle | Houston, TX 77036 |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Merill Pete Miller | Video - Transcript Synchronization | Per hour | 4.5 | $337.50 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |

| Notes: | | Invoice Total: | $365.50 |
|---|---|---|---|
| | | Payment: | |
| | | Credit: | |
| | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | $365.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   **Veritext**

☐ Visa ☐ MC ☐ Amex   ☐ Discover ☐ Lock Box

Credit Card #                              Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SD1571949 |
| **Job #:** | 923961 |
| **Invoice Date:** | 09/26/2012 |
| **Balance :** | $365.50 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, CA 92606

For more information on charges related to our services please consult www.veritext.com/serviceinfo

229543



Q424886

CHRISTIN JOY HILL
Attorney at Law
405 Howard Street
San Francisco, CA 94105

NOV 2 7 2012

10/01/2012

# REMINDER

In Re: U.F.C.W.U. –v– CHESAPEAKE
Case No.: CIV-09-01114-D

For one copy of the deposition taken on September 19, 2012,
In Oklahoma City, Oklahoma:

**MICHAEL JOHNSON**.................................................... **$ 924.30**

Thank you,
Lori Johnston, CSR

10/4/12

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC,OK. 73147
PHONE (405)235-4422

**Invoice**

| | |
|---|---|
| INVOICE NO. | 7758 |
| INVOICE DATE | 10/18/12 |
| CUSTOMER ORDER NUMBER | |

| SOLD TO: | SHIP TO: |
|---|---|
| ROBERT VARIAN<br>ATTORNEY AT LAW<br>405 HOWARD ST.<br>SAN FRANISCO, CA 94105-2669 | Q418530 |

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| ROBERT | | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | UFCWU Vs CHESAPEAKE ENERGY 509-ev-1114 | | |
| == | 9/19/12 | VIDEO COPIES OF MICHAEL JOHNSON,BURNED | | |
| | | TO MPEG-1 FORMAT ON DVD | | 405 00 |
| | | POSTAGE & HANDLING | | 15 00 |
| | | | | |
| | | thank you | | |
| | | TOTAL AMOUNT | | $420 00 |

A-NC2872-NC3872/T-3813                                                                01-11

# INVOICE

## Veritext
## Western Regional Headquarters

550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855 Fax. 949-955-3854



Q414058

**Bill To:**

Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SD1578648 |
| Invoice Date: | 10/03/2012 |
| Balance Due: | $3,189.38 |

| | |
|---|---|
| **Case:** | In Re: Chesapeake Energy Corp. |
| **Job #:** | 923958  |  Job Date: 9/26/2012  |  Delivery: Expedited |
| **Location:** | Orrick Herrington |
| | Columbia Center | 1152 15th Street, NW | Washington, DC 20005-1706 |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Donald Nickles | Certified Transcript | Page | 267.0 | $1,585.98 |
| | Realtime Services | Page | 267.0 | $520.65 |
| | Rough Draft | Page | 267.0 | $440.55 |
| | Exhibits | Per Page | 808.0 | $525.20 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

| Notes: | | Invoice Total: | $3,189.38 |
|---|---|---|---|
| | | Payment: | |
| | | Credit: | |
| | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | $3,189.38 |

TERMS. Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   **Veritext**

☐ Visa ☐   MC ☐ Amex   ☐ Discover ☐   Lock Box

_____
Credit Card #                        Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SD1578648 |
| Job #: | 923958 |
| Invoice Date: | 10/03/2012 |
| Balance : | $3,189.38 |

Please remit payment to:
**P.O. Box 71303**
**Chicago, IL 60694-1303**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854



Q428056

**Bill To:** Christin J. Hill, Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF1614484 |
| **Invoice Date:** | 11/19/2012 |
| **Balance Due:** | $1,113.00 |

| | |
|---|---|
| **Case:** | United Food And Commercial Workers Union v. Chesapeake Energy |
| **Job #:** | 1540965 | Job Date: 10/26/2012 | Delivery: Normal |
| **Billing Atty:** | Christin J. Hill, Esq |
| **Location:** | Orrick Herrington & Sutcliffe - 51 West 52nd Street |
| | 51 West 52nd Street | New York, NY 10019-6142 |
| **Sched Atty:** | Christin J. Hill, Esq | Orrick Herrington & Sutcliffe LLP |
| **Depo Atty:** | Christin J. Hill, Esq |

| | |
|---|---|
| **Client Billing Matter #** | 22312-2001 |
| **Orrick Bundle** | Gold |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| David Bunzel | Video - Services | | 7.0 | $1,085.00 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,113.00 |
| | **Payment:** | |
| | **Credit:** | |
| Fed. Tax ID: 20-3132569     Term: Net 30 | **Interest:** | $0.00 |
| | **Balance Due:** | $1,113.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments will be made after 90 days.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please tear off stub and return with payment.**

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF1614484 |
| **Job #:** | 1540965 |
| **Invoice Date:** | 11/19/2012 |
| **Balance :** | $1,113.00 |

Please remit payment to:
**P.O. Box 71303**
**Chicago, IL 60694-1303**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854



Q428957

Bill To: Christin J. Hill, Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF1615087 |
| **Invoice Date:** | 11/28/2012 |
| **Balance Due:** | $2,984.50 |

| | |
|---|---|
| Case: | United Food And Commercial Workers Union v. Chesapeake Energy |
| Job #: | 1540965  \|  Job Date: 10/26/2012  \|  Delivery: Expedited |
| Billing Atty: | Christin J. Hill, Esq |
| Location: | Orrick Herrington & Sutcliffe - 51 West 52nd Street |
| | 51 West 52nd Street \| New York, NY 10019-6142 |
| Sched Atty: | Christin J. Hill, Esq \| Orrick Herrington & Sutcliffe LLP |
| Depo Atty: | Christin J. Hill, Esq |

| | |
|---|---|
| Client Billing Matter # | 22312-2001 |
| Orrick Bundle | Gold |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| David Bunzel | Original with 1 Certified Transcript | Page | 276.0 | $2,691.00 |
| | Attendance Fee | 1 | 1.0 | $100.00 |
| | Exhibits | Per Page | 287.0 | $143.50 |
| | Shipping & Handling | Package | 1.0 | $50.00 |

| | |
|---|---|
| **Invoice Total:** | $2,984.50 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,984.50 |

Notes:

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

- - - - - - - - - - - - - - - - **Please tear off stub and return with payment.** - - - - - - - - - - - - - - - -

Make check payable to:  **Veritext**

☐ Visa ☐  MC ☐ Amex  ☐ Discover ☐  Lock Box

_____
Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF1615087 |
| **Job #:** | 1540965 |
| **Invoice Date:** | 11/28/2012 |
| **Balance :** | $2,984.50 |

**Please remit payment to:**
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/services/d

# CITY REPORTERS, INC.

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

229844

Q421551

Date: 11/26/2012

**TO:**

KENNETH HERZINGER
Attorney at Law
405 Howard Street
San Francisco, CA 94105

In Re: U.F.C.W.U. –v– CHESAPEAKE
Case No: CIV-09-01114-D

For one copy of the deposition taken on November 14, 2012,
In Oklahoma City, Oklahoma:

TRACI COOK.................................................................$ 928.30

Thank you,
Lori Johnston, CSR      TAX I.D. # 73-142161
**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC,OK. 73147
PHONE (405)235-4422

**Invoice**

INVOICE NO. 7803

INVOICE 12/21/12
DATE

CUSTOMER
ORDER NUMBER

| SOLD TO: | | SHIP TO: | |
|---|---|---|---|
| KENNETH P. HERZINGER<br>ATTORNEY AT LAW<br>405 HOWARD ST.<br>SAN FRANCISCO,CA 94105-2669 | | Q428067 | |

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| ROBERT | | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | UFCWU Vs CHESAPEAKE   5:09-cv-01114D | | |
| 11/14/12 | | VIDEO COPIES OF TRACI COOK,BURNED TO | | |
| | | MPEG-1 FORMAT ON DVD | | 360 00 |
| 11/15/12 | | VIDEO COPIES OF TIFFANY MATHER,BURNED | | |
| | | TO MPEG-1 FORMAT ON DVD | | 420 00 |
| | | POSTAGE & HANDLING | | 15 00 |
| | | thank you | | |
| | | TOTAL AMOUNT | | $795 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

A-NC2872-NC3872/T-3813

01-11

# CITY REPORTERS, INC.

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

229851

Q424913

Date: _____ 11/27/2012

**TO:**

CHRISTIN HILL
Attorney at Law
405 Howard Street
San Francisco, CA 94105

In Re: U.F.C.W.U. –v– CHESAPEAKE
Case No.: CIV-09-01114-D

For one copy of the deposition taken on November 15, 2012,
In Oklahoma City, Oklahoma:

TIFFANY MATHER............................................................$ 856.75

Thank you,
Kim Glover, CSR

TAX I.D. # 73-1412161
**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC,OK. 73147
PHONE (405)235-4422

# Invoice

INVOICE NO.  7811

INVOICE DATE  12/21/12

CUSTOMER ORDER NUMBER

**SOLD TO:**

KENNETH P. HERZINGER
ATTORNEY AT LAW
405 HOWARD ST.
SAN FRANCISCO,CA 94105-2669

**SHIP TO:**

CHRISTEN HILL

Q428073

| SALESPERSON | SHIPPED VIA | TERMS |
|---|---|---|
| ROBERT | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | UFCWU Vs CHESAPEAKE | | |
| 11/30/12 | | | | |
| | 1 | VIDEO COPY OF NICOLAS DOMINGUEZ,BURNED TO | | 240 00 |
| | | MPEG-1 FORMAT ON DVD | | |
| | | POSTAGE & HANDLING | | 15 00 |
| | | | | |
| | | THANK YOU | | |
| | | TOTAL AMOUNT | | $255 00 |

A-WC2872-NIC3972/7-3813

01-11

# CITY REPORTERS, INC.

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

229956

|||||| |||| ||| ||||| ||| ||| || ||| |||||||
Q428944

Date: _____ 12/17/2012

**TO:**

CHRISTIN JOY HILL
Attorney at Law
405 Howard Street
San Francisco, CA 94105

In Re: U.F.C.W.U. –v– CHESAPEAKE
Case No.: CIV-09-01114-D

For one copy of the deposition taken on November 30, 2012,
In Oklahoma City, Oklahoma:

NICOLAS DOMINGUEZ.............................................................$ 758.95

Thank you,
Lori Johnston, CSR

TAX I.D. # 73-1412161
**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855 Fax. 949-955-3854



Q431046

**Bill To:** Christin J. Hill, Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF1645411 |
| **Invoice Date:** | 12/29/2012 |
| **Balance Due:** | $714.50 |

| | |
|---|---|
| **Case:** | United Food And Commercial Workers Union v. Chesapeake Energy |
| **Job #:** | 1570298   \| Job Date: 12/5/2012   \| Delivery: Normal |
| **Billing Atty:** | **Christin J. Hill, Esq** |
| **Location:** | Bracewell & Giuliani |
| | 1445 Ross Avenue \| Suite 3800 \| Dallas, TX 75202 |
| **Sched Atty:** | Christin J. Hill, Esq \| Orrick Herrington & Sutcliffe LLP |
| **Depo Atty:** | **Christin J. Hill, Esq** |

| | |
|---|---|
| **Client Billing Matter #** | 22312-2001 |
| **Orrick Bundle** | Gold |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Mark Libera | Original with 1 Certified Transcript | Page | 96.0 | $528.00 |
| | Attendance Fee | 1 | 1.0 | $50.00 |
| | Exhibits | Per Page | 99.0 | $49.50 |
| | CD Depo Litigation Package | Per CD | 1.0 | $25.00 |
| | Parking Expense | Per hour | 1.0 | $12.00 |
| | Shipping & Handling | Package | 1.0 | $50.00 |
| **Notes:** | | | **Invoice Total:** | $714.50 |
| | | | **Payment:** | |
| | | | **Credit:** | |
| | | | **Interest:** | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | **Balance Due:** | $714.50 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:   **Veritext**

☐ Visa☐  MC ☐ Amex   ☐ Discover ☐  Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF1645411 |
| **Job #:** | 1570298 |
| **Invoice Date:** | 12/29/2012 |
| **Balance :** | $714.50 |

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago, IL 60694-1303**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855 Fax. 949-955-3854



Q431043

**Bill To:** Christin J. Hill, Esq
Orrick Herrington & Sutcliffe
405 Howard St
10th Floor
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF1643754 |
| **Invoice Date:** | 12/27/2012 |
| **Balance Due:** | $570.50 |

| | | | |
|---|---|---|---|
| **Case:** | United Food And Commercial Workers Union v. Chesapeake Energy | **Client Billing Matter #** | 22312-2001 |
| **Job #:** | 1570298 | Job Date: 12/5/2012 | Delivery: Normal | **Orrick Bundle** | Gold |
| **Billing Atty:** | Christin J. Hill, Esq | | |
| **Location:** | Bracewell & Giuliani | | |
| | 1445 Ross Avenue | Suite 3800 | Dallas, TX 75202 | | |
| **Sched Atty:** | Christin J. Hill, Esq | Orrick Herrington & Sutcliffe LLP | | |
| **Depo Atty:** | Christin J. Hill, Esq | | |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Mark Libera | Video - Services | | 3.5 | $542.50 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |
| **Notes:** | | | **Invoice Total:** | $570.50 |
| | | | **Payment:** | |
| | | | **Credit:** | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | **Interest:** | $0.00 |
| | | | **Balance Due:** | $570.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

- - - - - - - - - - - - - - - - - - - - - - - - **Please tear off stub and return with payment.** - - - - - - - - - - - - - - - - - - - - - - - -

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____
Credit Card #                        Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF1643754 |
| **Job #:** | 1570298 |
| **Invoice Date:** | 12/27/2012 |
| **Balance :** | $570.50 |

Please remit payment to:
**Veritext**
P.O. Box 71303
**Chicago, IL 60694-1303**

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# CITY REPORTERS, INC.

FIRST FLOOR
117 PARK AVENUE
OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

229972

Q428947

Date: _____12/26/2012_____

**TO:**

CHRISTIN HILL
Attorney at Law
405 Howard Street
San Francisco, CA 94105

In Re: U.F.C.W.U. –v– CHESAPEAKE
Case No.: CIV-09-01114-D

For the original and one copy of the deposition taken on December 13, 2012,
In Oklahoma City, Oklahoma:

JANA SANDERS................................................$ 729.00

Thank you,
Lori Johnston, CSR

TAX I.D. # 73-1412161

**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC,OK. 73147
PHONE (405)235-4422

**Invoice**

INVOICE NO.  7819

INVOICE DATE  12/30/12

CUSTOMER ORDER NUMBER

**SOLD TO:**

KENNETH P. HERZINGER
ATTORNEY AT LAW
405 HOWARD ST.
SAN FRANCISCO,CA 94105-2669

**SHIP TO:**

CHRISTIN HILL

Q428132

| SALESPERSON | SHIPPED VIA | TERMS |
|---|---|---|
| ROBERT | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| 9AM to 11:30AM 12/13/12 | | UFCWU Vs CHESAPEAKE  5:09-cv-01114D | | |
| | | VIDEO DEPO. OF JANA SANDERS | | 300 00 |
| | | COPY BURNED TO MPEG-1 FORMAT ON DVD | | 120 00 |
| | | POSTAGE & HANDLING | | 15 00 |
| | | | | |
| | | THANK YOU | | |
| | | TOTAL AMOUNT | | $435 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

01-11

A-NC2872-NC3872/T-3813

# CITY REPORTERS, INC.
### FIRST FLOOR
### 117 PARK AVENUE
### OKLAHOMA CITY, OKLAHOMA 73102-9030

(405) 235-3376
FAX
(405) 235-3392

**TO:** CHRISTIN JOY HILL
Attorney at Law
405 Howard Street
San Francisco, CA 94105

2/1/2013

Date: _____

In Re: U.F.C.W.U. –v– CHESAPEAKE
Case No.: CIV-09-01114-D

For one copy and rough draft of the deposition taken on January 24, 2013,
In Dallas, Texas:

**MARCUS ROWLAND**..................................................................$ 1,143.75

Thank you,
Lori Johnston, CSR

TAX I.D. # 73-1412161
**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**

JOHNSON VIDEO CO.
P.O. BOX 76435
OKC, OK. 73147
PHONE (405)235-4422

**Invoice**

INVOICE NO.   7854

INVOICE DATE   2/20/13

CUSTOMER ORDER NUMBER

SHIP TO:

SOLD TO:

KENNETH P. HERZINGER
ATTORNEY AT LAW
405 HOWARD ST.
SAN FRANCISCO, CA 94105-2669

Q437830

| SALESPERSON | SHIPPED VIA | TERMS |
|---|---|---|
| ROBBRET | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| 1/24/13 | | UFCWU Vs CHESAPEAKE ENERGY 5:09-01114D | | |
| | | | | |
| | | VIDEO COPIES OF MARK ROWLAND, BURNED TO | | 420 00 |
| | | MPWG-1 FORMAT ON DVD(7HRS0 | | 15 00 |
| | | POSTAGE & HANDLING | | |
| | | | | |
| | | | | |
| | | THANK YOU | | |
| | | TOTAL AMOUNT | | $435 00 |

A-MC2872-MC3872/T-3813

01-11